*ALEXIS TRUDEAU* vs. *JULIE LE BEAU TRUDEAU.*

In an action
for separation
from bed and
board where a-
dultery is at is-
sue, a witness
cannot ask
" what was the
wife's character
for chastity."
Nor whether
the witness
thinks her gene-
ral conduct was
that of a vir-
tuous woman.

APPEAL from the court of the fourth district.

PORTER, J. delivered the opinion of the
court. This is an action for separation from
bed and board. The petitioner alleges that
the defendant. his wife has, committed repeat-
ed acts of aldultery. She pleaded the gene-
ral issue.

The cause appears to have been twice
tried; the first time there was a verdict for
plaintiff. The court granted a new trial and

the second jury to whom the case was sub-
mitted, found for the defendant. There was
judgment accordingly, and the plaintiff ap-
pealed.

There is a bill of exceptions taken to the
decision of the judge, refusing to permit
the plaintiff to ask the following questions
of witnesses: " What was the character of
the defendant for chastity? Was the con-
duct of the defendant that of a virtuous and
modest woman ? "

We think the judge did not err. The
wife did not forfeit her matrimonial rights by
the reputation of being an adulteress, but by
proof of the fact that she was one. The jury
would not have been authorized to infer it
from bad character. The inquiry was there-
fore improper.

Neither can the rights of suitors depend on
the opinion of a witness, as to what is vir-
tuous and modest conduct. The facts should
have been stated, and the conclusions left to
be drawn by those who had to decide on the
cause.

The jury has pronounced a verdict on the
merits, and we see nothing in the testimony
which would authorize us to reverse it.

VOL. I. (N. S.)                  17

A. TRUDEAU
*vs.*
J. TRUDEAU.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Dumoulin*, for the plaintiff, *Carleton*, for the defendant.